UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLE E. VALLE,<br><br>    Plaintiff,<br><br>v.<br><br>BECO INC. et al,<br><br>    Defendants. | CASE NO. 3:20-cv-06070-DGE<br><br>ORDER GRANTING MOTION TO SUBSTITUTE PARTY AND AMEND CAPTION (DKT. NO. 55) |

This matter comes before the Court on Plaintiff Kyle E. Valle's Motion to Substitute Party and Amend Caption ("Motion"). (Dkt. No. 55.)

Having considered the Motion and Defendant Beco Inc.'s response supporting the substitution, the Court hereby GRANTS[1] the Motion and ORDERS that Molly Tucker as Personal Representative for the Estate of Glenn Bradley be substituted as defendant and the caption be amended to reflect this.

---

[1] The Court takes this opportunity to remind counsel for *both* parties that they should endeavor to maintain a professional and courteous relationship in this litigation.

ORDER GRANTING MOTION TO SUBSTITUTE PARTY AND AMEND CAPTION (DKT. NO. 55) - 1

Dated this 5th day of April, 2023.

                                    David G. Estudillo
                                    United States District Judge